UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

I-S-G-,

Petitioner,

v.

Andre Quinones, et al.,

Respondents.

Case No. 3:26-cv-06360

EX PARTE TEMPORARY RESTRAINING ORDER

## I. ORDER

Petitioner I-S-G- has filed a petition for writ of habeas corpus (Dkt. 1) accompanied by a motion for temporary restraining order (Dkt. 2). Petitioner was detained on the morning of November 7, 2026, and his whereabouts are unknown to his counsel and his family. Dkt. 2 at 4–5. Petitioner's motion argues that he faces irreparable harm because Respondents have not disclosed his location to his counsel, so it is unclear whether he may obtain the pre-transfer notice protections of this Court's standard scheduling order. *Id.* at 8–9. Transfer would separate him from his wife and minor children, and he fears conscription if deported to his home region of Crimea, Ukraine. *Id.* at 9.

The Court may grant a temporary restraining order ("TRO") to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025)

(Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter."). Therefore, Petitioner's motion for temporary restraining order is provisionally granted, pending Respondents' response to the motion. This grant is solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

The Court ORDERS:

1. Respondents (and their officers, employees, agents, or others working on their behalf) are temporarily PROHIBITED from transferring Petitioner from this district or removing Petitioner from the United States pending further order of this Court.
2. Respondents shall file a response to the motion no later than Monday, November 9, 2026, unless counsel for both parties agree on an extended briefing schedule.
3. This order will expire on Saturday, November 21, 2026, unless extended by further order of this Court.

Dated this 7th day of November, 2026.

Tiffany M. Cartwright
United States District Judge